UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
BRIAN K. LATTIMORE,

           Plaintiff,

  -against-                               7:07 CV 01057 (LMS)
                                                          JUDGMENT

WESTCHESTER COUNTY MEDICAL EXAMINER'S;
DR. HYLAND; DR. ROH; DR. ASHAR; DR. DUONG;
JOHN FRIDAY; HALVIO PAULINO,

           Defendants.
------------------------------------------------X

     Whereas the above entitled action having been assigned to the Honorable Magistrate Judge Lisa Margaret Smith, U.S.M.J., and the Court thereafter on April 16, 2008, having handed down a Decision and Order (docket #23), granting the motion to dismiss (docket #14) in its entirety and dismissing the entire Amended Complaint (docket #2), it is,

        **ORDERED, ADJUDGED AND DECREED:** That the motion to dismiss (docket #14) is granted in its entirety, and the entire Amended Complaint (docket #2) is dismissed, the case is hereby closed.

DATED: White Plains, N.Y.
         April 17, 2008

                                                              J. Michael McMahon
                                                              Clerk of Court